UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| GREGORY TYRONE DOTSON, | ) | |
| *Petitioner*, | ) ) ) | Case No. 1:23-cv-155 |
| v. | ) ) | Judge Atchley |
| WARDEN BRETT COBBLE, | ) ) | Magistrate Judge Steger |
| *Respondent*. | ) ) | |

## JUDGMENT ORDER

In accordance with Memorandum Opinion and Order entered herewith, the instant petition for a writ of habeas is **DISMISSED without prejudice**. Because the Court **CERTIFIED** in the Memorandum Opinion and Order that any appeal would not be taken in good faith, should Petitioner file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. Fed. R. App. P. 24.

**SO ORDERED.**

/s/ *Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT

/s/ *Leanna Wilson*
LeAnna Wilson
CLERK OF COURT